FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -9 PM 4: 03

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISSAC HANDY, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2961** |
| **TIM WILKINSON, WARDEN** | **SECTION "T" (5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Opposition to the Magistrate's Report and Recommendation, finds that no new issues of law or fact have been raised and hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Issac Handy, Sr. be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9th day of March, 2006.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____